AO 93 (Rev. 12/09) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT
for the
District of Minnesota

**RECEIVED**
JUN 28 2010
CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

| | |
|---|---|
| In the Matter of the Search of<br>8840 Xerxes Circle South, Bloomington, Minnesota 55431, a<br>residential structure light brown/tan in color with dark trim | ) ) ) ) ) ) ) CASE NO.<br><br>MJ 10-241 SRN |

## SEARCH AND SEIZURE WARRANT

TO:   Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the State and District of Minnesota:

8840 Xerxes Circle South, Bloomington, Minnesota 55431, a residential structure light brown/tan in color with dark trim, described in more detail in Attachment A.

The person or property to be searched, described above, is believed to conceal the items set forth in Attachment B.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property.

**YOU ARE COMMANDED** to execute this warrant on or before ___June 28, 2010___.

☒ in the daytime 6:00 a.m. to 10 p.m.   ☐ at any time in the day or night as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to United States Magistrate Judge The Honorable Susan Richard Nelson.

☐ I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*

☐ for ___ days *(not to exceed 30)*.
☐ until, the facts justifying, the later specific date of ___.

Date and time issued: __June 14, 2010  11:06 a.m.__

_____
Judge's signature

City and state: Minneapolis, Minnesota _____   Hon. Susan Richard Nelson, United States Magistrate Judge
Printed name and title

SCANNED
JUN 29 2010
U.S. DISTRICT COURT ST. PAUL

ATTACHMENT A

8840 Xerxes Circle South, Bloomington, Minnesota 55431 is described as a residential structure light brown/tan in color with dark trim. While facing the residence from the street the numerals "8840" are affixed vertically to the structure to the right of the front entrance and are plainly and clearly visible. To the right of the front entrance there is a driveway leading to a garage. To the left of the front entrance the residence appears to be of a split level style.

ATTACHMENT B

1. Internet billing and use records.

2. Records or other items that evidence ownership or use of computer equipment found in the premises to be searched, including, but not limited to, sales receipts, handwritten notes and handwritten notes in computer manuals.

3. Records evidencing occupancy or ownership of the premises to be searched, including, but not limited to, utility and telephone bills, mail envelopes, and/or addressed correspondence.

4. Any and all visual depictions of minors engaged in sexually explicit conduct, as defined in 18 U.S.C. § 2256, in any format or media, including, but not limited to, undeveloped photographic film, photographs, magazines, videotapes, slides, and motion picture films.

5. Correspondence, books, ledgers, and/or records pertaining to the possession, receipt, distribution, transportation, or advertisement of visual depictions of minors engaged in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256, transmitted or received using computer, some other facility or means of interstate or foreign commerce, common carrier, or the U.S. mail.

6. Any and all computer passwords and other data security devices designed to restrict access to or hide computer software, documentation, or data.  Data security devices may consist of hardware, software, or other programming code.

7. Computer(s) and all related computer equipment, including scanners, peripherals, related instructions in the form of manuals, as well as the software used to operate the computer(s), and any CD-ROMS, zip disks, floppy disks, DVDs, memory cards, and other magnetic storage devices.  The subsequent forensic analysis of these items is to be focused on searching for the items described in paragraphs 1-6 above.

## SEARCH WARRANT ADDENDUM

1. In conducting the search authorized by this warrant, the government shall make reasonable efforts to utilize computer search methodology that avoids searching files, documents or other electronically stored information which is not identified in the warrant.

2. If electronically stored data or documents have been identified and seized by the government pursuant to this warrant, the government may retain the original hard drive or other data storage mechanism. The person from whom the data storage device has been seized may request that the government provide him or her with electronic copies of the electronically stored data or documents by making a written request to the United States Attorney's Office, identifying with specificity the files, data, or software sought to be copied. The government must respond to all such requests within a reasonable amount of time, and must provide a copy of the electronically stored data or documents requested unless the copies requested constitute contraband, instrumentalities, or property subject to forfeiture.

3. Nothing in this warrant shall limit or prevent the government from seizing the computer as contraband or an instrumentality of a crime or commencing forfeiture proceedings against the computer and/or the data contained therein. Nothing in this warrant shall limit or prevent the owner of the computer from (a) filing a motion with the Court pursuant to Rule 41(g) of the Federal Rules of Criminal Procedure for the Return of Property or (b) making a request of the government to return certain specified files, data, software or hardware.

4. The government shall establish a search methodology governing the review of seized data to ensure that no attorney-client privileged communications will be inadvertently reviewed by the prosecution team. In the event that documents or other records seized pursuant to this warrant are identified by the government as possibly containing attorney-client privileged communications, an Assistant United States Attorney, who is not a member of the prosecution team and who is not participating in the search, shall act as a "taint team" to set up a "Chinese wall" between the evidence and the prosecution team that will prevent any privileged material from getting through.

AO 93 (Rev. 12/09) Search and Seizure Warrant (Page 2)

## RETURN

| Case No.: 305A - MP - 71998 | Date and time warrant executed: 06/16/2010, 7:15 AM | Copy of warrant and inventory left with: Karen Sonday |
|---|---|---|
| Inventory made in the presence of: FBI SA Peter A. Erickson | | |

Inventory of the property taken and name of any person(s) seized:

Refer to attached FD-597 and Inventory Listing of All Items Seized at warrant site, three (3) pages total, dated June 16, 2010.

## CERTIFICATION

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 06/28/2010

_Executing officer's signature_

Paul M. Couturier
_Printed name and title_ FBI Special Agent

6/28/10

Susan Richard Nelson
United States Magistrate Judge

# UNITED STATES DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF INVESTIGATION
### Receipt for Property Received/Returned/Released/Seized



File # __305A - MP - 71995__

On (date) __June 16, 2010__

item(s) listed below were:
- ☐ Received From
- ☐ Returned To
- ☐ Released To
- ☒ Seized

(Name) __Karen Sonday & Sean Kratz__

(Street Address) __8840 Xerxes Circle S.__

(City) __Bloomington, MN__

Description of Item(s): __See Attached Sheet__

Received By: _(Signature)_

Received From: _(Signature)_

# Inventory Listing of All Items Seized at Search Warrant Site

**Site Name:**
8840 Xerex Circle South,
Bloomington, Minnesota
Residence

**Investigation Number:**
MP-71998
**Starting Date and Time:**
06/16/2010 07:20 AM
**Ending Date and Time:**

**Report Date:**
Wednesday, June 16, 2010

---

**Control #:** 1
**Location:** Downstairs Main Room
**Found:** Work Area by Television under Small Desk
**Description:** Seized Per Warrant — Desktop Computer, EMachine, serial number GDF5320002832
**Evidence Box:**
**Locator Code:** Work Area

---

**Control #:** 2
**Location:** Downstairs Bedroom
**Found:** Plugging in on desk
**Description:** Seized Per Warrant — Dell Inspiron PP29L, service tag 6G0MND1, with power supply
**Evidence Box:**
**Locator Code:** Desk

---

**Control #:** 3
**Location:** Downstairs Bedroom
**Found:** Connected to Dell Inspiron
**Description:** Seized Per Warrant — External USB hard drive, serial number JH7315, with cable
**Evidence Box:**
**Locator Code:** Desk

---

**Control #:** 4
**Location:** Bedroom
**Found:** Sitting on the bed disconnected
**Description:** Seized Per Warrant — Gateway MA2, serial number T365AJ1001002, with carrying case and power supply
**Evidence Box:**
**Locator Code:** Bed

---

**Control #:** 5
**Location:** Study
**Found:** Top Shelf
**Description:** Seized Per Warrant — Sony Handycam Video 8 CCD-TR66, serial number 21758, with video cartridges, power supply, and carrying case.
**Evidence Box:**
**Locator Code:** Closet

---

**Control #:** 6
**Location:** Downstairs Bedroom
**Found:** Plastic container on desk shelf
**Description:** Seized Per Warrant — Silver external USB hard drive (no visible serial number), with USB cable
**Evidence Box:**
**Locator Code:** Desk

| | | | |
|---|---|---|---|
| **Control #:** | 7 | **Evidence Box:** | |
| **Location:** | Downstairs Bedroom | **Locator Code:** | Desk |
| **Found:** | On the desk and dresser | | |
| **Description:** | Seized Per Warrant   Misc recordable CDs and DVDs | | |
| **Control #:** | 8 | **Evidence Box:** | |
| **Location:** | Downstairs Bedroom | **Locator Code:** | Desk/Dresser |
| **Found:** | On the desk and dresser | | |
| **Description:** | Seized Per Warrant   Misc CDs and DVDs | | |
| **Control #:** | 9 | **Evidence Box:** | |
| **Location:** | Garage | **Locator Code:** | Vehicle |
| **Found:** | Son's vehicle within garage | | |
| **Description:** | Seized Per Warrant   Misc recordable CDs | | |
| **Control #:** | 10 | **Evidence Box:** | |
| **Location:** | Garage | **Locator Code:** | Garage |
| **Found:** | Shelf within Garage | | |
| **Description:** | Seized Per Warrant   Dell Dimension Desktop 4100, service tag 6TY2Q01 | | |