UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | **INDICTMENT**  CR 11-239 SRN/AJB |
| | ) | |
| Plaintiff, | ) | (18 U.S.C. § 2252(a)(2)) |
| | ) | (18 U.S.C. § 2252(a)(4)(B)) |
| v. | ) | (18 U.S.C. § 2252(b)(1)) |
| | ) | (18 U.S.C. § 2252(b)(2)) |
| SEAN MICHAEL KRATZ, | ) | (18 U.S.C. § 2253(a)) |
| | ) | |
| Defendant. | ) | |
| | ) | |

THE UNITED STATES GRAND JURY CHARGES THAT:

**COUNT 1**
(Possession of Child Pornography)

On or about June 16, 2010, in the State and District of Minnesota, the defendant,

**SEAN MICHAEL KRATZ,**

did knowingly possess one or more matters that contained a visual depiction of child pornography, that had been mailed, shipped and transported in interstate and foreign commerce by any means, including by computer, and that was produced using materials that had been mailed, and shipped and transported in interstate and foreign commerce by any means, including by computer, where the production of such visual depiction involved the use of a minor engaging in sexually explicit conduct and such visual depiction was of such conduct, including, but not limited to, the following computer image files:

!!New!! 2007 Jenny_9y0-dadwjentvview

2boys in truck with man.mpg

SCANNED

AUG 0 2 2011

U.S. DISTRICT COURT ST. PAUL

FILED **AUG 0 2 2011**
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD_____
DEPUTY CLERK _____

U.S. v. Sean Michael Kratz

4yo boy fucked by daddy.wmv

8-dedos.avi

2009-Apr-21 20-28-07.avi

2010 Tara Harry.AVI

bathtime with daddy-3yo girl  pedor@ygold hussyfan lolitaguy lsm pthc babyshivid.mpg

ewa059.JPG

Gay-BOyorgie-5 or 6 preteen boys-(BONDAGE)-Fucking and Sucking.mpg

kiddy show.asf

all in violation of Title 18, United States Code Sections
2252(a)(4)(B) and 2252(b)(1).

## FORFEITURE ALLEGATIONS

Count 1 of this Indictment are hereby realleged and
incorporated as if fully set forth herein by reference, for the
purpose of alleging forfeitures pursuant to Title 18, United States
Code, Section 2253(a).

As a result of the foregoing offenses, the defendant shall
forfeit to the United States pursuant to Title 18, United States
Code, Section 2253(a):

(1) any visual depiction described in section 2251, 2251A,
2252, or 2260 of this chapter, or any book, magazine, periodical,
film, videotape, or other matter which contains any such visual
depiction, which was produced, transported, mailed, shipped or
received in violation of this chapter;

(2) any property, real or personal, constituting or traceable
to gross profits or other proceeds obtained from such offense; and

U.S. v. Sean Michael Kratz

(3) any property, real or personal, used or intended to be used to commit or to promote the commission of such offense or any property traceable to such property, including a computer.

If any of the above-described forfeitable property is unavailable for forfeiture, the United States intends to seek the forfeiture of substitute property as provided for in Title 21, United States Code, Section 853(p), as incorporated by Title 18, United States Code, Section 2253(b).

All in violation of Title 18, United States Code, Sections 2252(a)(2), 2252(a)(4)(B), and 2253(a).


A TRUE BILL


UNITED STATES ATTORNEY          FOREPERSON