IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA
CRIMINAL DIVISION

United States of America,
    Plaintiff,

vs.                                                                NOTICE OF APPEARANCE

                                                                   Court File No.: 11-cr-00239 (SRN-AJB)
Sean Michael Kerr,
    Defendant.

TO:   THE ABOVE-CAPTIONED COURT AND THE UNITED STATES

        YOU WILL PLEASE TAKE NOTICE that the above-named Defendant shall be represented
in these proceedings by the following:

                                Meera Kamra, Attorney at Law
                                Atty. Reg. Reg. No. 0389884
                                KAMRA LAW OFFICE
                                2025 Hwy. 13 E., Suite 1090
                                Minneapolis, MN 55420-1214
                                Tel.: (952) 513-1221
                                Att.: (952) 737-7734

Dated: _____        By: ___/s/ Meera Kamra___
                                Meera Kamra, Esq.
                                Atty. Reg. No. 0389884