UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 11-CR-239 (SRN/AJB)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | DEFENDANT'S MOTION FOR |
| | ) | DISCOVERY OF EXPERT UNDER |
| Sean Michael Kratz, | ) | RULE 16(a)(1)(G) |
| | ) | |
| Defendant. | ) | |

Pursuant to Rule 16(a)(1)(G) of the Federal Rules of Criminal Procedure, the defendant, by and through his undersigned counsel, hereby moves the Court for a written summary of the expert testimony the government intends to use in the above-entitled trial. This summary must describe the witnesses' opinions, the bases and the reasons therefor, and the witnesses' qualifications all pursuant to Rule 16(a)(1)(G).

This motion is based on all records, filings and proceedings herein.

Respectfully submitted,

Dated: 8-5-11        /s/ Max A. Keller

**MAX A. KELLER**
Attorney ID No. 278816
**KELLER LAW OFFICES**
Attorney for the Defendant
Interchange Tower, Suite 1690
600 S. Highway 169
Minneapolis, MN 55426

1