UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 11-239 (SRN/AJB)

UNITED STATES OF AMERICA,

      Plaintiff,

v.

SEAN MICHAEL KRATZ,

      Defendant.

**ORDER**

This matter is before the Court on the motion of the United States of America requesting an extension of the time to respond to Defendant's motion for early release from supervision currently due March 29, 2024 to April 12, 2024.

The Court finds that the United States of America has shown good cause to extend the time to respond. The government's motion is granted. The government shall respond by April 12, 2024.

April 1, 2024
Date

/s/ Susan Richard Nelson
The Honorable Susan Richard Nelson
United States District Judge